UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANTHONY AYIOMAMITIS,<br><br>                       Plaintiff,<br><br>  - against -<br><br>STAR TRIBUNE MEDIA COMPANY LLC,<br><br>                       Defendant. | Case No. 1:19-cv-2618 |

## NOTICE OF SETTLEMENT

The parties have reached a settlement in principle. The parties will submit a stipulation of dismissal within the next 30 days. We respectfully request at the initial conference scheduled for December 13, 2019 be adjourned in light of the settlement.

/s/Richard Liebowitz
Richard Liebowitz