# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Anthony Ayiomamitis,　　　　　　　　　　Case No. 19-CV-2618 (SRN/TNL)

　　　　　Plaintiff,
v.　　　　　　　　　　　　　　　　　　**ORDER**

Star Tribune Media Company, LLC,

　　　　　Defendant.

---

　　The Court having been advised that the above case has been settled,

　　IT IS ORDERED that this action is hereby dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

　　Dated: December 13, 2019

　　　　　　　　　　　　　　　　　　　s/Susan Richard Nelson
　　　　　　　　　　　　　　　　　　　SUSAN RICHARD NELSON
　　　　　　　　　　　　　　　　　　　United States District Judge