**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**ANTHONY AYIOMAMITIS,**

Plaintiff,

v.

**STAR TRIBUNE MEDIA COMPANY LLC,**

Defendant.

Docket No.0:19-cv-02618-SRN-TNL
JURY TRIAL DEMANDED

## CONSENT MOTION OF DISMISSAL WITH PREJUDICE

Anthony Ayiomamitis ("Ayiomamitis") and Star Tribune Media Company LLC ("Star Tribune") have entered into a settlement agreement resolve all claims made in the above-captioned action. Pursuant to that agreement and Rule 41(a) of the Federal Rules of Civil Procedure, the parties jointly move this Court for an order dismissing the above-entitled cause, and all claims made by Ayiomamitis against Star Tribune, with prejudice and without an award of costs or attorney fees to either of the parties.

A proposed Order accompanies this motion.

DATED: December 18, 2019

LIEBOWITZ LAW FIRM, PLLC

By: [signature]

Richard P. Liebowitz (NY# RL1234)
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580
RL@LiebowitzLawFirm.com
*Pro hac vice*

***Attorneys for Plaintiff Anthony Ayiomamitis***

DATED: December 18 2019

DEWITT LLP

By: /s/ James T. Nikolai

James T. Nikolai (#144101)
Jorgen M. Lervick (#0400159)
2100 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
T: (612) 305-1400
F: (612) 305-1414
jtn@dewittllp.com
jml@dewittllp.com

***Attorneys for Defendant Star Tribune Media Company LLC***