# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Anthony Ayiomamitis, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 19-cv-2618 SRN/TNL |
| Star Tribune Media Company LLC | |
| Defendant. | |

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

in the above-entitled cause, and all claims made by Anthony Ayiomamitis against Star Tribune, are hereby DISMISSED with prejudice. All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

Date: 12/26/2019               KATE M. FOGARTY, CLERK

                              s/A. Halverson
                          (By)   A. Halverson, Deputy Clerk